1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12

SCOTT CHRISTOPHER ANZALONE,

Petitioner,

13

v.

14
15

LARRY SMALL, Warden,

16

Respondent.

17

Civil No.        08-cv-1496-JM (JMA)

**ORDER DENYING PETITIONER'S MOTION FOR EXPANSION OF RECORD [Doc. 22]**

18
19
20
21
22

        On May 7, 2009, Petitioner filed a Traverse, attaching as Exhibit A a July 17, 2004 letter from his appellate attorney, Jeffrey Steutz [Doc. 20].  On May 13, 2009, Petitioner filed a motion seeking to expand the record to include the same letter [Doc. 22].  As this letter is already part of the official Court record in this case, Petitioner's Order is denied as moot.

23

DATED:  May 14, 2009

24
25

_____
Jan M. Adler
U.S. Magistrate Judge

26
27
28