# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Scott Christopher Anzalone

                V.                        **JUDGMENT IN A CIVIL CASE**

Suzan Hubbard , Jerry Brown , Larry Small, Matthew Cate

**CASE NUMBER:**   08cv1496-JM(WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the Report and Recommendation and denies a certificate of appealability............
................................................................................................................................................................
................................................................................................................................................................

| November 8, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 8, 2010

08cv1496-JM(WVG)